```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


WALLACE CARTER                              CIVIL ACTION

VERSUS                                      NO. 07-3136

N. BURL CAIN, WARDEN                        SECTION "R"(3)
```

### ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this <u>17th</u> day of December, 2007.

_____
          SARAH S. VANCE
     UNITED STATES DISTRICT JUDGE